UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| JOSEPH DILLON | * | CIVIL ACTION NO. |
| --- | --- | --- |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| THE TOWN OF ABITA SPRINGS | * | MAG. JUDGE |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

Defendant Town of Abita Springs hereby files this Notice of Removal of this cause from the 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana, to the Eastern District Court United States for the Eastern District of Louisiana on the following grounds:

1.

On March 3, 2021, plaintiff filed a petition for damages alleging, in part, a violation of his civil rights under the equal protection clause of the Fourteenth Amendment of the United States Constitution.

2.

Pursuant to *28 U.S.C. §1446(a)*, copies of all process, pleadings and all orders of the court in the state action are attached hereto. (Exhibit "A", *in globo*).

3.

Because plaintiff's petition alleges issues governed by federal law, these are claims over which this Honorable Court has original jurisdiction, without respect to the amount in controversy and without regard to the citizenship of the parties. *28 U.S.C. §1331*. Therefore, pursuant to the provisions of *28 U.S.C. §1441(a)*, this case can be removed to the United States District Court for the Eastern District of Louisiana.

4.

Plaintiff's other claims are brought under Louisiana state law. However, pursuant to the provisions of *28 U.S.C. §1367* and *28 U.S.C. §1441(c)*, this Honorable Court has supplemental jurisdiction over those claims and said claims can be removed to this Honorable Court, as well.

5.

There are no other defendants named in this action. Accordingly, pursuant to *28 U.S.C. §1446(b)(2)(A)*, with counsel for the instant defendant consenting to the removal of the action, counsel for all defendants who have been properly joined and served consent to the removal of the action.

Respectfully submitted,

**MOODY LAW FIRM**

/s/ *Christopher Moody*
Christopher Moody, LA Bar Roll No. 9594
Albert D. Giraud, LA Bar Roll No. 18911
1250 Southwest Railroad Ave., Suite 130
Hammond, Louisiana 70403
Ph.: (985) 542-1351
Fax: (985) 542-1354

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, either electronically or by placing same in the U.S. Mail, postage prepaid, or by Electronic Notice.

Hammond, Louisiana, this 5th day of May, 2021.

/s/*Christopher Moody*
Christopher Moody

**22ND JUDICIAL COURT OF ST. TAMMANY PARISH - CIVIL**

Please file petition and have service effectuated. Service effectuated as indicated on the petition of damages.

2021-11013 J
**FILED**
MAR 03 2021

MELISSA R. HENRY - CLERK
Deputy _Sandra Burris_
Sandra Burris, Deputy Clerk

2021 MAR -3 P 3:01
MELISSA R. HENRY
CLERK OF COURT
STATE OF LOUISIANA
FILED FOR RECORD

**EXHIBIT**
A, IN GLOBO

22ⁿᵈ JUDICIAL DISTRICT COURT OF ST. TAMMANY PARISH

STATE OF LOUISIANA

Docket No. 2 0 2 1 · 1 1 0 1 3             Division: "J"

JOSEPH DILLON

V.

THE TOWN OF ABITA SPRINGS

FILED: **MAR 0 3 2021**

Sandra Bruce
Deputy Clerk

## PETITION FOR DAMAGES

The petition of Joseph Dillon, domiciled in St. Tammany Parish, respectfully represents:

1

Made Defendant herein is:

A. Town of Abita Springs, a political subdivision and

B. The incident-giving rise to the action complained herein occurred in St. Tammany Parish.

2

In June 2016, Joseph Dillon was hired to perform park maintenance for the Town of Abita Springs. In June 2017, Joseph Dillon disclosed his HIV status to the Town of Abita Springs head of Intergovernmental Affairs Leanne Schafer. Joseph Dillon disclosed this information in confidence and Mrs. Schafer was at all times aware that Mr. Dillon wanted her to keep this information private.

3

In January 2019, Mayor Daniel J. Curtis was elected to office. Mayor Curtis promoted Mr. Dillon to Event Coordinator the same month. As Event Coordinator Mr. Dillon worked closely with the Mayor and his staff. When Mr. Dillon would come in to work in the morning pleasantries would be exchanged between himself and the Mayor and the Mayor's staff. Throughout the day Mr. Dillon would have multiple conversations with the other employees in the town hall as well as the Mayor.

4

In November 2019, Mr. Dillon noticed a drastic change in the Mayor and Leanne Schafer's behavior towards him. Specifically, there was no more morning pleasantries

exchanged, or friendly conversation. In fact, the Mayor completely stopped communicating with Mr. Dillon altogether.

5

In December of 2019, Mr. Dillon approached Mrs. Schafer and asked if she had disclosed his HIV status to the Mayor. Mrs. Schafer responded that she had in fact disclosed to the Mayor that Mr. Dillon was HIV positive. Mrs. Schafer explained she felt she had to tell the Mayor because he asked her directly whether Mr. Dillon was HIV positive.

6.

Around 2001, Mr. Dillon was diagnosed with acute depression, anxiety and panic disorder. Due to his mental illness, the drastic change in his work environment significantly escalated his diagnosis. The hostile work environment coupled with the never-ending fear that his HIV status will become the topic of gossip within the small town of Abita Springs, caused Mr. Dillon to experience overwhelming depressive episodes that were accompanied by severe anxiety which transitioned into full fledged panic attacks. As a result, Mr. Dillon was forced to increase the number of visits with his psychiatrist. Mr. Dillon's anxiety and depression were so severe that his psychiatrist was forced to put him on an additional anti-anxiety medication.

7.

By January 2020, the Plaintiff felt completely isolated at a job that he once loved. The toll on his mental health became more than the Plaintiff could handle forcing him to turn in his resignation.

8.

This is an action for relief and damages on behalf of Plaintiff, Joseph Dillon, a former employee of the Town Hall of Abita Springs, who was discriminated against by his employer through continued and repetitive on the job discrimination and overt acts that restricted promotion, growth and professional development, all which resulted in damages to the Plaintiff.

9.

The jurisdiction of this Court is invoked pursuant to Article V §16(a) of the Louisiana Constitution. The rights, privileges, and immunities sought herein to be redressed are those secured by the equal protection clause of the fourteenth amendment of the United States Constitution, specifically Title 42 U.S.C. §12112, et. seq.

10.

Plaintiff filed a complaint with the U.S. Equal Employment Opportunity Commission (EEOC) on August 13, 2020. The Plaintiff received Notice of Suit Rights on December 8, 2020. Therefore, this Petition for Damages has been timely filed in accordance with the law.

11.

Plaintiff contends that the Defendant through its acts and omissions, directly and indirectly have hindered the professional growth and conditions of Plaintiffs employment through a pattern of on-the-job discrimination as described above.

12.

The Plaintiff contends that due to his disability Defendant effectively discriminated against him giving rise to great mental anguish, depression, emotional distress and public humiliation.

13.

Plaintiff contends that Defendant is guilty of employment discrimination as set forth herein, which resulted in Plaintiff's loss of job thereby causing Plaintiff damages including but not limited to the following:

a. Medical expenses;
b. Emotional distress, mental anguish and severe depression;
c. General inconvenience;
d. Public humiliation and embarrassment

14.

Plaintiff further contends that he has good reason to believe that on the date and at the time of the acts and omissions complained of herein against the Defendant there existed a policy of insurance which insured the Defendant against the acts and omissions complained of herein. Accordingly, Plaintiff contends that the Defendant and its' unidentified insurance carrier should be held liable and ordered to compensate the Plaintiff for his losses and damages.

WHEREFORE, Plaintiff prays that the Defendant be cited and served with a certified copy of this Petition and after due proceedings are held there be judgement herein in favor of Plaintiff and against the Defendant for the damages as set forth in the pleadings in an amount to be determined by this Honorable Court.

Plaintiff further prays for any and all other relief that is reasonable within the premises.

Joseph Dillon

**Please Serve:**

A TRUE COPY
DY. CLERK 22ND JUD. DIST COURT
OT TANGIPAHOA PARISH, LA

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | [ ] FEPA [X] EEOC | 461-2020-01997 |

**LOUISIANA COMMISSION ON HUMAN RIGHTS** and EEOC
*State or local Agency, if any*

**Name** *(indicate Mr., Ms., Mrs.)*: **MR. JOSEPH W DILLON**
**Home Phone:** (985) 377-2941
**Year of Birth:**

**Street Address / City, State and ZIP Code:** 21386 SOELL DRIVE, ABITA SPRINGS, LA 70420

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

**Name:** **TOWN OF ABITA SPRINGS**
**No. Employees, Members:** 15 - 100
**Phone No.:** (985) 892-0711
**Street Address / City, State and ZIP Code:** 22161 LEVEL STREET, ABITA SPRINGS, LA 70420

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*
[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [ ] AGE [X] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 11-01-2019  Latest: 01-15-2020
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s))*:

I began my employment with the Town of Abita Springs in June 2016, most recently as an Event Coordinator earning $12.50 per hour. In 2017, I disclosed my disability to LeAnne Schaefer, Intergovernmental Affairs. In January 2019, Daniel Curtis became the Mayor. In November 2019, Mr. Curtis and Ms. Shaffer no longer communicated with me. After questioning Ms. Schaefer, I was informed she disclosed my disability to Mr. Curtis. Ms. Schaefer stated Mr. Curtis questioned her about my doctors appointments and about my disability. I resigned on January 15, 2020. The company employs over 15 persons.

No reason was given for the action taken against me.

I believe I have been discriminated against because of my disability in violation of the Americans with Disabilities Act; as amended, in that, prior to the disclosure I had constant conversations with the Mayor, afterwards no one communicated with me.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Digitally signed by Joseph Dillon on 08-13-2020 02:05 PM EDT**

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Joseph W. Dillon<br>21386 Soell Drive<br>Abita Springs, LA 70420 | From: | New Orleans Field Office<br>Hale Boggs Federal Building<br>500 Poydras Street, Room 809<br>New Orleans, LA 70130 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 461-2020-01997 | Shwann D. Brignac-Robertson,<br>Enforcement Supervisor | (504) 635-2559 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Shwann D Brignac-Robertson *(Digitally signed)* 12/4/2020

Enclosures(s)

for **Travis Nicholson, Acting Field Director** *(Date Mailed)*

cc:
**Janet Dufrene
Town Clerk
TOWN OF ABITA SPRINGS
22161 Level Street
Abita Springs, LA 70420**

March 15, 2021

Joseph Dillon
Proper Person
21386 Soell Drive
Abita Springs, LA 70420

Re: Joseph Dillon
VS. 2021-11013 J
Town of Abita Springs

Dear Counsel or Self Represented Litigant:

I am sending this letter in reference to the Petition for Damages filed on March 3, 2021. I am unable to issue a Citation, due to the fact, that I do not have service instructions, I am also returning your check for the Sheriff, Check#173 in the amount of $40.40. This suit will remain on HOLD until we receive the requested service instructions. If you have any questions regarding this matter, please contact 985-809-8772, Division J.

Sincerely,

Jessica Olivier
Deputy Clerk

TUES, 23MAR2021
Reference to: Service Instructions
Docket # - 202111013
Division- J

Please service petition for damages to the Town of Abita Springs.
22161 Level Street
Abita Springs, La. 70420

Please only have one of the following individuals sign for receipt of petition for damages.

- Mayor Daniel J Curtis
- Leanne Schaefer – Intergovernmental Affairs
- Janet Dufrene – Town Clerk

Please find enclosed check #173; Pay to the order of STPSO in the amount of $40.40.

Thank you,

Joseph Dillon
985-377-2941
blynu2day@gmail.com

2021- 11013 -J

FILED

APR 14 2021

MELISSA R. HENRY, CLERK
Suzette Jernigan, Deputy Clerk

ST. TAMMANY PARISH
STATE OF LOUISIANA
FILED FOR RECORD
2021 APR 14 A 10: 20
MELISSA R. HENRY
CLERK OF COURT

| | |
|---|---|
| **JOSEPH DILLON** | **22nd Judicial District Court** |
| VS 2021-11013 J | **Parish of St. Tammany** |
| **TOWN OF ABITA SPRINGS** | **State of Louisiana** |

**TO THE DEFENDANT:** Town of Abita Springs, *through one of the following individuals;* Mayor Daniel J. Curtis, Leanne Schaefer – Intergovernmental Affairs, Janet Dufrene – Town Clerk, 22161 Level Street, Abita Springs, LA 70420

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this    14th day of April, 2021

Melissa R. Henry Clerk of Court
BY: _____
Jessica Olivier, Deputy Clerk

Issued: 04/19/2021

**Counsel or Pro Se:**
Joseph Dillon
Pro Se

Received on _____, 2021, and on _____, 2021 I served a true copy of
the within _____,
on _____ in person,
at domicile with _____,
in _____ Parish, a distance of _____ miles from the Justice Center.

Deputy Sheriff
Parish of _____

101 - 15 day regular Citation
Rev 7/16

| | |
|---|---|
| **JOSEPH DILLON** | **22nd Judicial District Court** |
| **VS  2021-11013 J** | **Parish of St. Tammany** |
| **TOWN OF ABITA SPRINGS** | **State of Louisiana** |

**TO THE DEFENDANT:** Town of Abita Springs, *through one of the following individuals;* Mayor Daniel J. Curtis, Leanne Schaefer – Intergovernmental Affairs, Janet Dufrene – Town Clerk, 22161 Level Street, Abita Springs, LA 70420

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this   14th day of April, 2021

Melissa R. Henry, Clerk of Court
BY: _____
Jessica Olivier, Deputy Clerk

Issued: 04/19/2021

**FILED**
APR 27 2021
MELISSA R. HENRY, CLERK
Deputy Phyllis Elias, Deputy Clerk

**Counsel or Pro Se:**
Joseph Dillon
Pro Se

Received on _____, 2021, and on _____, 2021 I served a true copy of

the within _____

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from the Justice Center.

_____
Deputy Sheriff
Parish of _____

(52)202111013 - C/P - SN #1
Served - Personal on
Daniel Curtis at
22161 LEVEL ST, ABITA SPRINGS
Return Date & Time: 04/20/2021  1:55PM
Through Janet Dufrene (town clerk)
INT: V

101 - 15 day regular Citation
Rev 7/16